IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **THOMAS RADFORD,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION 14-00527-KD-C |
| | : | |
| **C. MARSHALL,** *et al.*, | : | |
| Defendants. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 7, 2015, is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** the Plaintiff's motions for preliminary injunction (Docs. 10, 12) are **DENIED without prejudice.**

**DONE** and **ORDERED** this the **29th** day of **January 2015.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**